No. 65729.—Excelsior Pearl Works, Inc., and Chas. H. Asche & Co., Inc. *v.* United States, protest 61/742 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of manufactures of shell similar in all material respects to those the subject of *Charles A. Redden, Inc., et al.* v. *United States* (44 Cust. Ct. 241, C.D. 2181), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JUNE 1, 1961

No. 65730.—John L. Westland & Son, Inc., a/c Ralph's Bicycle Store et al. *v.* United States, protests 59/2871, etc. (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.